LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

| | |
|---|---|
| BENJAMIN PAVONE, | ) CASE NO. 08 CV 1781 WQH RBB |
| Plaintiff, | ) |
| v. | ) |
| AT&T, INC.; EXPERIAN, INC.; EQUIFAX, INC.; TRANSUNION, INC.; COLLECTION BUREAU OF AMERICA; COLLECTION COMPANY OF AMERICA; BAY AREA CREDIT SERVICE, LLC; SCRIPPS HEALTH, INC.; CALIFORNIA BUSINESS BUREAU, INC.; HOMECOMINGS FINANCIAL, INC.; ZAIO, INC.; AND DOES 1-100, | ) ORDER GRANTING *EX PARTE* APPLICATION OF COLLECTO, INC. dba COLLECTION COMPANY OF AMERICA TO APPEAR TELEPHONICALLY FOR EARLY NEUTRAL EVALUATION CONFERENCE [DOC. NO. 29] |
| Defendants. | ) |

Having considered Defendant Collecto, Inc. dba Collection Company of America's *Ex Parte* Application for an Order permitting its appearance by telephone at the Early Neutral Evaluation Conference on October 27, 2008, and finding that good cause exists:

/ / /

/ / /

1  IT IS HEREBY ORDERED that Defendant Collecto, Inc. dba Collection Company of
2  America's *ex parte* Application Re: Request to Appear Telephonically for Early Neutral
3  Evaluation Conference is GRANTED.

Dated: October 22, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Ruben B. Brooks
The Honorable Ruben B. Brooks
United States Magistrate Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006