1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   BENJAMIN PAVONE,                    CASE NO.  08-CV-1781 WQH (RBB)

12          Plaintiff,

13      vs.                              **ORDER DENYING *EX PARTE***
                                         **APPLICATION, WITHOUT WAIVER**
                                         **OF DEFENSE OF LACK OF PERSONAL**
14   AT&T, INC.; EXPERIAN, INC.; EQUIFAX, **JURISDICTION, TO CONTINUE THE**
     INC.; TRANSUNION, INC.; COLLECTION   **EARLY NEURTRAL EVALUATION**
15   BUREAU OF AMERICA; COLLECTION        **CONFERENCE ON BEHALF OF AT&T**
     COMPANY OF AMERICA; BAY AREA         **INC. BUT EXCUSING DEFENDANT**
16   CREDIT SERVICE, LLC; SCRIPPS         **FROM CONFERENCE [DOC. NO. 33]**
     HEALTH, INC.; CALIFORNIA BUSINESS
17   BUREAU, INC.; HOMECOMINGS
     FINANCIAL, INC.; ZAIO INC. EAST; DOES
18   1 – 100,

19          Defendants.                   .

20

21          Having considered Defendant AT&T Inc.'s Ex Parte Application, Without Waiver of

22   Defense of Lack of Personal Jurisdiction, to Continue the Early Neutral Evaluation Conference

23   on October 27, 2008 to a date after November 17, 2008, which is the date set for hearing on its

24   12(b)(2) and 12(b)(5) motion challenging personal jurisdiction, and finding that good cause

25   exists:

26   / / /

27   / / /

28   / / /

1    IT IS HEREBY ORDERED that Defendant AT&T Inc.'s *Ex Parte* Application, Without

2   Waiver of Defense of Lack of Personal Jurisdiction, to Continue the Early Neutral Evaluation

3   Conference is DENIED, but Defendant is excused from attending the Early Neutral Evaluation

4   Conference.

5

6   Dated:  October 24, 2008

7                                                              The Honorable Ruben B. Brooks
                                                               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

#430502                                    -2-                        08-CV-1781 WQH (RBB)

**ORDER GRANTING EX PARTE APPLICATION OF AT&T INC.**