UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PAVONE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T, INC.; EXPERIAN, INC.; ) <br> EQUIFAX, INC.; TRANSUNION, ) <br> INC.; COLLECTION BUREAU OF ) <br> AMERICA; COLLECTION COMPANY OF ) <br> AMERICA; BAY AREA CREDIT ) <br> SERVICE, LLC; SCRIPPS HEALTH, ) <br> INC.; CALIFORNIA BUSINESS ) <br> BUREAU, INC.; HOMECOMINGS ) <br> FINANCIAL, INC.; ZAIO, INC. ) <br> EAST; DOES 1-100, ) <br> ) <br> Defendants. ) | Civil No. 08cv1781 WQH(RBB) <br><br> ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE |

On October 27, 2008, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any

1  objections to initial disclosure will be resolved as required by
2  rule 26.
3     2.  The rule 26(f) conference shall be completed on or before
4  December 19, 2008.
5     3.  No discovery plan is required.
6     4.  The initial disclosures pursuant to rule 26(a)(1)(A-D)
7  shall occur on or before December 29, 2008, except no initial
8  disclosures to or from Defendant AT&T are required until its Motion
9  to Dismiss is ruled upon.  If the Motion is denied, initial
10 disclosures relating to this Defendant shall be made ten days after
11 the order denying the Motion is filed.
12    5.  Counsel, all parties, and any other person(s) whose
13 authority is required to negotiate and enter into a settlement
14 shall appear in person on April 6, 2009, at 8:30 a.m. in the
15 chambers of United States Magistrate Judge Ruben B. Brooks, U.S.
16 Courts Building, 940 Front Street, Room 1185, San Diego,
17 California, 92101-8926, for a further settlement conference.
18    Plaintiff's(s') counsel shall serve a copy of this order on
19 all parties that enter this case after the date of this order.
20    Failure of any counsel or party to comply with this order may
21 result in sanctions.
22    IT IS SO ORDERED.
23
24 DATED:  October 27, 2008
                                  Ruben B. Brooks
25                                United States Magistrate Judge
26 cc:
   Judge Hayes
27 All Parties of Record
28